**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :
          -v.-                :   NOTICE OF INTENT TO
                               :   FILE AN INFORMATION
JUSTIN BROADBENT,               :
          Defendant.          :   **08 CRIM 352**
- - - - - - - - - - - - - - - - - -x

JUDGE KAPLAN

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        April 10, 2008

                      MICHAEL J. GARCIA
                      United States Attorney

      By: _____
          E. Danya Perry
          Assistant United States Attorney

      AGREED AND CONSENTED TO:

      By: _____
          Frank Genovese, Esq.
          Attorney for Justin Broadbent

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

4/11/08 WHEEL A