JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :     **WAIVER OF INDICTMENT**

      -v.-                          :     08 Cr. _____ (LAK)

JUSTIN BROADBENT,                   :

                 Defendant.       :
- - - - - - - - - - - - - - - - - -X


08 CRIM 352

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1346, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:     New York, New York
          April 22, 2008

                                              _____
                                              JUSTIN BROADBENT
                                              Defendant

                                              _____
                                              Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 2 2008

                                              _____
                                              Francis J. Genovese, Esq.
                                              Attorney for Justin Broadbent