

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 21, 2008

**BY HAND DELIVERY**

USDS SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DATE FILED: 5/23/08

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Justin Broadbent, 08 Cr. 352 (LAK)

Dear Judge Kaplan:

The Government respectfully writes on behalf of the parties to request an adjournment of the status conference scheduled for May 23, 2008, at 10:45 a.m. As the parties continue to discuss a possible disposition of this case, we respectfully request that the Court adjourn the conference to a date in mid-June. The Government further requests that time be excluded from today until the date of the next conference, under the Speedy Trial Act. Excluding time will best serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant to confer with his attorney and will allow the parties time to discuss a possible disposition. Defense counsel consents to this exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

**MEMO ENDORSED**

Time Excluded
thru 6/13/08 for
reasons stated
above.

cc (by fax): Frank Genovese, Esq.

SO ORDERED  5/23/08
_____
LEWIS A. KAPLAN, USDJ