UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA        :    ORDER

      -v.-                    :
                                                :    08 Cr. 352 (LAK)
JUSTIN BROADBENT,               :

          Defendant.          :
------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

        WHEREAS, with the consent of defendant JUSTIN BROADBENT, his guilty plea allocution was taken before a United States Magistrate Judge on June 4, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
         June 11, 2008

                                          _____
                                          LEWIS A. KAPLAN
                                          UNITED STATES DISTRICT JUDGE